# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| EDDIE DEAN MONTGOMERY | * | CIVIL ACTION NO. 14-3120 |
| | | |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| | | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Superseding Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that "Plaintiff's Petition for Attorney Fees" [Doc. No. 22] is GRANTED IN PART AND DENIED IN PART. To the extent that Plaintiff moves the Court for an award of fees, costs, and expenses, the motion is GRANTED. The Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Eddie Dean Montgomery for attorney fees in the amount of $7,262.50 (41.5 hours at $175.00 per hour), plus costs of $15.60 and expenses of $20.07. The motion is otherwise DENIED.

MONROE, LOUISIANA, this 8th day of September, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE